UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| MITCHELL WALL, | ) |
| Petitioner | ) |
| | ) |
| v. | ) No. 2:00-cr-00077-GZS |
| | ) No. 2:15-cv-00056-GZS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent | ) |
| | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 17, 2015, his Recommended Decision (ECF No. 91). Petitioner filed his Objection to the Recommended Decision (ECF No. 94) on May 11, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that pursuant to the provisions of 28 U.S.C. §§2244, 2255(h), Petitioner's Section 2255 Motion (ECF No. 90) is **DISMISSED**.

      3.      It is hereby **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

                                                 /s/George Z. Singal_____
                                                 U.S. District Judge

Dated this 27th day of July, 2015.