**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **MITCHELL WALL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. 2:00-cr-00077-GZS** |
| | ) | **2:16-cv-00288-GZS** |
| **UNITED STATES OF AMERICA,** | ) | **2:00-cr-00078-GZS** |
| | ) | **2:16-cv-00289-GZS** |
| **Respondent.** | ) | |

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 112) filed June 21, 2016, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that:

(1) the Petitioner's pending Section 2255 Motion (ECF No. 110) is hereby transferred to the First Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e);

(2) a certificate of appealability is **<u>DENIED</u>** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S. §2253(c)(2).

_/s/ George Z. Singal_____
United States District Judge

Dated this 21st day of July, 2016.